AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSIS[SIPPI]

| | |
|---|---|
| BARBARA O'NEIL, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> DELBERT HOSEMANN, in his Official Capacity as Secretary of the State of Mississippi, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:18CV815 DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Delbert Hosemann, Secretary of State of the State of Mississippi
High Streeet
Jackson, MS  39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Carroll Rhodes, Esq.
The Law Offices of Carroll Rhodes
Post Office Box 588
Hazlehurst, MS  39083
Telephone:  (601) 894-4323

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 11/26/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Delbert Hosemann, Sec. of State
was received by me on *(date)* November 26, 2018

☐ I personally served the summons on the individual at *(place)*
　　　　　　　　　　　　　　　　　　　　　　　on *(date)*　　　　　　　; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
　　　　　　　　　　　　　, a person of suitable age and discretion who resides there,
on *(date)*　　　　　, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leon Smith , who is
designated by law to accept service of process on behalf of *(name of organization)* Delbert
Hoseman, Sec. of State on *(date)* November 26, 2018 ; or

☐ I returned the summons unexecuted because　　　　　　　　　　　　　　　　　　; or

☐ Other *(specify)*:

My fees are $ 35.00 for travel and $　　　　for services, for a total of $ 35.00

I declare under penalty of perjury that this information is true.

Date: 11-26-18

　　　　　　　　　　Jimmy Dale White
　　　　　　　　　　*Server's signature*

　　　　　　　　　　Jimmy Dale White
　　　　　　　　　　*Printed name and title*

　　　　　　　　　　1014 Edwin Lane Hazlehurst, MS 39083
　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc: