IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BARBARA O'NEIL, ET AL.                                            PLAINTIFFS

VS.                            CIVIL ACTION NO. 3:18cv815-DPJ-FKB

DELBERT HOSEMANN, in his official
capacity as Secretary of State of the
State of Mississippi, ET AL.                                DEFENDANTS
_____

**ENTRY OF APPEARANCE**
_____

PLEASE TAKE NOTICE that Justin L. Matheny hereby enters his appearance in this matter on behalf of the defendants Delbert Hosemann, in his official capacity as Secretary of the State of Mississippi, Kimberly P. Turner, in her official capacity as Assistant Secretary of State of the Elections Division, and Attorney General Jim Hood (collectively "defendants"), without waiving of any of defendants' immunities, affirmative defenses, or other defenses to this action, and requests that he be served with all future pleadings, orders, and other papers in this matter consistent with Fed. R. Civ. P. 5.

THIS the 27th day of November, 2018.

Respectfully submitted,

DELBERT HOSEMANN,
in his official capacity as Secretary of State,
KIMBERLY P. TURNER, in her official
capacity as Assistant Secretary of State of the
Elections Division, and Attorney General JIM
HOOD

BY: JIM HOOD, ATTORNEY GENERAL

By: S/Justin L. Matheny
Justin L. Matheny (Bar No. 100754)
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
*jmath@ago.state.ms.us*

*Counsel for Defendants Hosemann, Turner and Hood*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been electronically filed via the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

THIS the 27th day of November, 2018.

S/Justin L. Matheny
Justin L. Matheny