# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| BARABARA O'NEIL, WILLIAM SEWELL, and JULIANNE HUBER,<br><br>Plaintiffs,<br><br>v.<br><br>DELBERT HOSEMANN, in his official capacity as Secretary of State of the State of Mississippi, KIMBERLY P. TURNER, in her official capacity as Assistant Secretary of State of the Elections Division, PHIL BRYANT, in his official capacity as Governor of the State of Mississippi, and the MISSISSIPPI STATE BOARD OF ELECTION COMMISSIONERS, and its individual members, SECRETARY DELBERT HOSEMANN, GOVERNOR PHIL BRYANT, and ATTORNEY GENERAL JIM HOOD, OFFICE OF ELECTION COMMISSIONERS OF HARRISON COUNTY and OFFICE OF ELECTION COMMISSIONERS OF HINDS COUNTY,<br><br>Defendants. | Civil Action File No. 18-815-DPJ-FKB |



## DECLARATION OF CARROLL RHODES

Pursuant to 28 U.S.C. 1746, I, Carroll Rhodes, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in court.

2. I am Counsel for Plaintiffs.

3. On November 26, 2018, I directed a process server serve the following the Complaint and Motion for Temporary Restraining Order and Accompanying Memorandum on the following: (a) the designated agent for Attorney General Jim Hood; (b) the designated agent for Secretary of State Delebert Hoseman; (c) an agent for Deputy Secretary of State Kimberly P. Turner; (d) agent for Governor Phil Bryant; and (e) James Reed, Chairman of the Hinds County Board of Election Commissioners.

4. I was unable to personally serve the Office of Election Commissioners of Harrison County.

5.     On November 26, 2018, I called Special Assistant Attorney General Justin Matheny and gave him notice of the pleadings in this action. He stated that he would confirm whether he would be representing Attorney General Hood, Governor Bryant, and Secretary Hoseman. Mr. Matheny was given notice of the hearing scheduled for today, November 27, 2018, and agreed to appear at that hearing.

6.     On November 26, 2018, I made several attempts to contact Peter Teeuwissen, counsel for Hinds County Mississippi Board of Supervisor and Hinds County Mississippi to give him notice of the hearing. I was unable to reach him.

7.     On November 26, 2018, I called the office of Tim Holleman, counsel for Harrison County Board of Supervisors, but I was unable to reach him. His assistant gave me his e-mail addressed. I emailed him providing notice of today's hearing and the pleadings in this action. I asked him if he would be representing the Harrison County Board of Election Commissioners and would waive service of process on their behalf. In the email I also provided him with copies of the pleadings in this action. Mr. Hollerman responded and stated that he had not been authorized to waive service on behalf of the Harrison County Board of Election Commissioners and advised me that he could not be hired to represent the Board until the Board of Supervisors had their regular meeting on December 3, 2018. He also advised me that he was not available for the hearing.

8.     On November 27, 2018, a process server will attempt to serve the Harrison County Board of Election Commissioners.

9.     I declare under penalty that the foregoing is true and correct. Executed on this 27th day of November, 2018.

Dated: _November 27, 2018_

_____
Carroll Rhodes

## CERTIFICATE OF SERVICE

I, Carroll Rhodes, certify that I have this day electronically filed the above and foregoing declaration with the Clerk of this Court using the ECF filing system, which electronically sent a copy to all counsel of record.

Dated: November 27, 2018

_Carroll Rhodes_

Carroll Rhodes