UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BARBARA O'NEIL, ET AL. PLAINTIFFS

V. CIVIL ACTION NO. 3:18cv815-DPJ-FKB

DELBERT HOSEMANN, ET AL. DEFENDANTS

**PLAINTIFFS' EXHIBIT LIST**

| | NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|---|
| 11-27-18 | P1 | Press Release | | | X |
| 11-27-18 | P2 | Mississippi Voter Information Guide | | | X |
| 11-27-18 | P3 | Declaration of Ariana Gibbs | | | X |