UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BARBARA O'NEIL, ET AL.                                                                   PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:18-CV-815-DPJ-FKB

HOSEMANN, ET. AL.                                                                     DEFENDANTS

ORDER

This civil action came before the Court on December 6, 2018, for a telephonic status conference. On the call, Julia Chapman represented Plaintiffs, Justine Matheny represented the Defendants, and Stephen Thomas represented the Intervenor. In accordance with the conclusions of that conference, Plaintiffs have until December 20, 2018, to file their forthcoming amended complaint. Defendants are not required to answer the original complaint.

**SO ORDERED AND ADJUDGED** this the 7th day of December, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE