

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Julia Chapman, Esq.*

**DATE OF ADMISSION**

*November 12, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: November 27, 2018

Patricia A. Johnson
Chief Clerk