# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

BARBARA O'NEIL, ET AL.,

    Plaintiffs,

v.

DELBERT HOSEMANN, ET AL.,      Civil Action No. 3:18-cv-815-DPJ-FKB

    Defendants.

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the agreement of the parties, it is hereby ORDERED that Plaintiffs' First Amended Complaint is DISMISSED WITHOUT PREJUDICE, with all parties to bear their own fees and costs.

**SO ORDERED AND ADJUDGED** this the 30th day of October, 2020.

                                              s/ *Daniel P. Jordan III*
                                              CHIEF UNITED STATES DISTRICT JUDGE